**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-CV-61254-MIDDLEBROOKS

OSCAR EDUARDO PAVICICH,

     Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
et al.,

     Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed June 26, 2026.  (DE 6).  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendants have served neither.  Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

4. Except as otherwise agreed, the Parties shall each bear their own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 29th day of June, 2026.

_____
Donald M. Middlebrooks
United States District Judge